**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03028-REB

JENNIE LEE CORRAL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Affirming Commissioner** [#26] entered by Judge Robert E. Blackburn on March 25, 2016, it is

ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED.**

DATED at Denver, Colorado, this 25th day of March, 2016.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By: <u>s/ Kathleen Finney</u>
                      Kathleen Finney
                      Deputy Clerk